UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

GORDON H. SCHULZ,                ) Case No. EDCV 12-1087-SH
                                 )
        Plaintiff,           ) JUDGMENT
  v.                             )
                                 )
CAROLYN W. COLVIN,               )
Commissioner of Social Security  )
Administration,                  )
                                 )
        Defendant.           )
_____  )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: April 16, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE